IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

| | | |
|---|---|---|
| CHESTER J. PATCH, III | § | CASE NO.  04-37981-H3 |
| PATRICIA M. PATCH | § | |
|   Debtor | § | Chapter 7 |
| | § | |

## MOTION TO DEPOSIT UNCLAIMED FUNDS INTO THE REGISTRY
## UNDER 11 U.S.C. §347 (a)

The undersigned trustee reports:

  __X__  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010

  __X__  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 or Title 28 (28 U.S.C., 2041, *et seq.*).

Dated:    May 20, 2011

 

                                                            /s/  W. Steve Smith
                                                         W. Steve Smith, Trustee
                                                         1250 Four Houston Center
                                                         1331 Lamar Street
                                                         Houston, Texas 77010-3027
                                                         (713) 590-9300

**EXHIBIT "A"**

**IN RE:**

| | | |
|---|---|---|
| **CHESTER J. PATCH, III** § | | **CASE NO.  04-37981-H3** |
| **PATRICIA M. PATCH** § | | |
| **Debtor** § | | **Chapter 7** |
| § | | |

RE:

  __X_   Small Dividends

  _X_   Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Recovery Management Systems for Monogram Credit Card Bank of Georgia (Exxon Consumer) 25 SE 2nd Avenue, Suite 1120 Miami, FL  33131 | 23 (Sm. Div.) | $2.22 |
| Citibank (South Dakota) NA 4300 Westown Pkwy West Des Moines, IA 50266 | 48 | $27.57 |
| Chase Manhattan Bank USA c/o Chase Bankcard Services P.O. Box 52176 Phoenix, AZ 85072 | 22 | $ 420.11 |
| Fleet Credit Card Services P.O. Box 1016 Horsham, PA 19044 | 24 | $356.75 |
| HVJ Associates, Inc 6120 Dairy Ashford Houston, TX 77072 | 57 | $999.86 |
| **TOTAL:** | | **$ 1,806.51** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Deposit Unclaimed Funds into the Registry* has been sent to the U.S. Trustee, 515 Rusk Avenue, Suite 3516, Houston, Texas 77002 via electronic mail on this the 20th day of May, 2011.

By*:*   */s/ W. Steve Smith*
W. Steve Smith, Trustee